Dickerson Steel Co. *v.* Oakes Co.—80 Ind. App. 701.

the award rests upon the testimony of appellee who they contend should not be believed, and when they urge us not to hold that "the unsupported evidence of a plaintiff in a case is sufficient" to sustain an award

The award is affirmed.

## GOSHEN VENEER COMPANY *v.* BUNTON ET AL.

[No. 11,664. Filed June 21, 1923.]

From the Industrial Board of Indiana.

Proceeding for compensation under the Workmen's Compensation Act by Jerry Bunton against the Goshen Veneer Company, and others. From an award for applicant, the named defendant appeals. *Affirmed.*

*Joseph W. Hutchinson,* for appellant.

*Floyd O. Jellison* and *Shively, Gilmer & Doran,* for appellees.

McMAHAN, C. J.—Proceeding by Jerry Bunton, hereafter designated appellee, against appellant, under the Workmen's Compensation Act (Acts 1915 p. 392, §80201 *et seq.* Burns' Supp. 1921) to obtain compensation for the loss of an eye. Appellant, contending that appellee was not in its employ but that he was an employe of William Carr, filed a petition asking that Carr be made a defendant. Carr was made a defendant after which there was a hearing which resulted in a finding by the full Industrial Board that appellee was an employe of appellant and not of Carr, together with the other facts necessary to sustain an award against appellant for 150 weeks compensation.

The facts in this case are quite like the facts in *McDowell* v. *Duer* (1922), 78 Ind. App. 440, 133 N. E. 839, and on the authority of that case the award is affirmed.

## DICKERSON STEEL COMPANY *v.* OAKES COMPANY.

[No. 11,275. Filed June 26, 1923.]

From Marion Superior Court (A7,450) ; *Linn D. Hay,* Judge.

Action between the Dickerson Steel Company and the Oakes Company. From the judgment rendered, the former appeals. *Affirmed.*

*John Dineen,* for appellant.

*Frank E. Gavin, James L. Gavin* and *William E. Gavin,* for appellee.

PER CURIAM.—Judgment affirmed.